# EXHIBIT A

At IAS Part 2 of the Supreme Court of the State of New York, held in and for the County of Queens, on the 2nd day of, April, 2024

**PRESENT** <u>Hon. Judith Martinez Jr.</u>
Justice of the Supreme Court

---------------------------------------------------------------x
MiniLabsters LLC,                                              :        Index No.: NY-2024-97899

                Plaintiff,             :        **Filed Under Seal Pursuant to**
                                               **New York False Claims Act,**
       -against-                   :        **N.Y. State Fin. L. § 190(2)(b)**

Your Little Scientist,                                         :

                                               :
                Defendant.
                                               :
---------------------------------------------------------------x

## COURT ORDER

**NOW**, this 2nd day of April, 2024, upon consideration of Plaintiff's application that this matter be filed in camera and under seal pursuant to the New York False Claims Act, N.Y. State Finance Law §§ 187-194, specifically § 190(2)(b) thereof, it is hereby:

    **ORDERED**, that the application is granted; and it is further

    **ORDERED**, that the County Clerk shall issue an Index Number in this matter in the name of the above-captioned action, MiniLabsters LLC against Your Little Scientist; and it is further

    **ORDERED**, that the Defendant shall be required to cease all infringin operations on behalf of MiniLabsters LLC's copyrighted content and Trademark Classes as registered per EUIPO and USTPO. Plaintiff-Relator possesses upon the Attorney General of the State of New York pursuant to bring the beneficial owners of Your Little Scientist to court, unless all infringing operations cease within ten (10) days from the date hereof.

                                                  ENTER:

                                            *Judith Martinez Jr.*
                                                 J.S.C.