IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

SHOPIFY INC., a Corporation organized under the laws of Canada,

    Plaintiff,

v.

MARCUS BURMAN and SAQLAIN SALEEM, individuals,

    Defendants.

Case No.: 1:24-cv-00537

[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION

This matter is before the Court on the parties' Stipulation to Entry of Judgment and Permanent Injunction (ECF No. 5.) The Court has reviewed this Stipulation and concludes that it should be approved, and that judgment and a permanent injunction should be entered in favor of Shopify Inc. and against Marcus Burman. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:

Marcus Burman, and other persons who are in active concert or participation with him, are permanently enjoined from directly or indirectly:

    a.    Offering products, goods, or services for sale through the Shopify platform.

    b.    Making misrepresentations to Shopify concerning intellectual property rights, including but not limited to misrepresentations concerning the existence or status of any intellectual property litigation filed against other Shopify merchants.

      c.      Submitting false court documents to Shopify purporting to arise from litigation filed against other Shopify merchants.

The Parties therefore respectfully request that the Court enter the Proposed Judgment and Permanent Injunction attached hereto.

Dated: 7-8-24

_____
~~THE HONORABLE LAWRENCE J. VILARDO~~
UNITED STATES DISTRICT JUDGE

John L. Sinatra, Jr.